## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Arjeta Albani, Esq.**
**arjeta@employeejustice.com**

February 5, 2025

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 618
New York, New York 10007

Re:    ***Robles v. Savo Group, Inc.***
       ***Case No. 1:24-cv-07500 (KPF)***

Dear Judge Failla,

    Our office represents Plaintiff Primitivo Robles ("Plaintiff") in the above-referenced matter under the Americans with Disabilities Act ("ADA") against Defendant Savo Group ("Defendant"). We write now with the Defendant's consent, to respectfully inform the Court that the Parties have reached a settlement in principle in this action.

    In light of the anticipated settlement, the parties respectfully request that all currently pending deadlines and conferences in this action be adjourned *sine die*. The parties intend to electronically file a proposed Consent Decree and Stipulation of Discontinuance within 30 days.

    Thank you for Your Honor's attention to this matter.

Sincerely,

**Joseph & Norinsberg, LLC**

Arjeta Albani, Esq.
110 East 59th Street, Suite 2300
New York, New York 10022
(212) 227-5700
arjeta@employeejustice.com

c.c.
Vito Palmieri, Esq.
**Palmieri Law, PC**
250 Mineola Boulevard
Mineola, New York  11501
(516) 248-9595 Ext. 1 (516) 248-7897
Facsimile (516) 315-1398 Cell


\